UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JUAN M. VAZQUEZ,<br><br>          Plaintiff,<br>    -v-<br><br>CITY OF NEW YORK et al.,<br><br>          Defendants. | 21 Civ. 1573 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter motion from *pro se* plaintiff Juan M. Vazquez seeking an unspecified extension of time in which to file an amended complaint. Dkt. 13. Mr. Vazquez notes that he intends to submit certain forms to prison officials, which he expects to take about three weeks to process. *Id.* Accordingly, the Court grants Mr. Vazquez an additional three weeks to file his amended complaint and extends his deadline to do so from July 16, 2021, to August 6, 2021. The Court, by separate order, is referring this case for general pretrial management to Magistrate Judge Debra C. Freeman; Mr. Vazquez should direct all further requests of this nature to Judge Freeman.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Vazquez at the address on file.

SO ORDERED.

                               _____
                               PAUL A. ENGELMAYER
                               United States District Judge

Dated: July 12, 2021
   New York, New York