UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    JUAN M. VAZQUEZ,

                             Plaintiff,                      21 Civ. 1573 (PAE) (VF)

             -v-

                                                         ORDER

    CITY OF NEW YORK ET AL.,

                             Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court has received from plaintiff Juan Vazquez objections, Dkt. 68, to the Hon. Judge Figueredo's Report & Recommendations ("the Report"), Dkt. 66. The Report was mailed to Vazquez on June 21, 2022, making Vazquez's objections due July 8, 2022 (adding three days for service by mail under Fed. R. Civ. P. 5(b)(2)(C)). The Court received Vazquez's objections on July 12, 2022, the day after it issued an order adopting Judge Figueredo's objections on July 11, 2022. *See* Dkt. 67.

       The Court intends to consider Vazquez's objections. Vazquez is pro se and currently incarcerated at Attica Correctional Facility. He claims not to have received a copy of the Report until June 28, 2022. *See* Dkt. 68 at 1; *see also, e.g., Muhammad v. Saul*, No. 19 Civ. 07638 (SDA), 2020 WL 508901, at *2 (S.D.N.Y. Jan. 31, 2020), *appeal dismissed,* No. 20-1315, 2020 WL 4199800 (2d Cir. June 25, 2020) (accepting late-filed objections due to plaintiff's pro se status).

       Accordingly, responses to Vazquez's objections from defendants Dana Roth and the City of New York, if any, are due August 1, 2022.

The Clerk of the Court is respectfully directed to mail a copy of this order to Vazquez at the address on file.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 18, 2022
       New York, New York