UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN M. VAZQUEZ,<br><br>                                    Plaintiff,<br><br>            -against-<br><br>THE CITY OF NEW YORK et al.,<br><br>                                    Defendants. | 21-CV-1573 (PAE) (VF)<br><br>**ORDER ADJOURNING INTITIAL CASE MANAGEMENT CONFERENCE** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On May 30, 2023, the Court entered an order scheduling an Initial Case Management Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure for June 27, 2023. The order directed the parties to meet and confer, complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo), and file it on ECF one week before the scheduled conference. See ECF No. 106. To date, the parties have not submitted a proposed case management plan. Accordingly, the initial case management conference is hereby adjourned to **Tuesday, August 8, 2023 at 10:30 a.m.** The parties are directed to follow the directions outlined in the Initial Case Management Order (ECF No. 106) and submit their proposed case management plan by no later than **Tuesday, August 1, 2023**.

        SO ORDERED.

Dated:   June 23, 2023
         New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge

Copies to:

Juan M. Vazquez
DIN: 20A0062
Attica Correctional Facility
639 Exchange Street
P.O. Box 149
Attica, NY 14011-0149
PRO SE